# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>METAL MANAGEMENT MIDWEST, INC.,<br>an Illinois Corporation<br>v.<br>IOWA EXPRESS, INC., an Iowa Corporation | Case Number:<br>FILED: MARCH 21, 2008<br>08CV1676                EDA<br>JUDGE MORAN<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
METAL MANAGEMENT MIDWEST, INC., Plaintiff

| |
|---|
| NAME (Type or print)<br>Mark A. LaRose |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark A. LaRose |
| FIRM<br>LaRose & Bosco, Ltd. |
| STREET ADDRESS<br>200 N. LaSalle St., Suite 2810 |
| CITY/STATE/ZIP<br>Chicago, IL, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183288 | TELEPHONE NUMBER<br>(312) 642-4414 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐