## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>METAL MANAGEMENT MIDWEST, INC., an Illinois Corporation<br>v.<br>IOWA EXPRESS, INC., an Iowa Corporation | Case Number:<br>FILED: MARCH 21, 2008<br>08CV1676          EDA<br>JUDGE MORAN<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
METAL MANAGEMENT MIDWEST, INC., Plaintiff

| |
|---|
| NAME (Type or print)<br>Justin Burtnet |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Justin Burtnett |
| FIRM<br>LaRose & Bosco, Ltd. |
| STREET ADDRESS<br>200 N. LaSalle St, Suite 2810 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281100 | TELEPHONE NUMBER<br>(312) 642-4414 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |