IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METAL MANAGEMENT MIDWEST, INC., an Illinois Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>IOWA EXPRESS, INC., an Iowa Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, **Plaintiff Metal Management Midwest, Inc.**, makes the following disclosures:

1. Is any party a publicly held corporation or other publicly held entity? **No.**

2. Does any party have any parent corporations? **Yes.**

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **The parent company of Plaintiff Metal Management Midwest, Inc. is Plaintiff Metal Management, Inc., a Delaware Corporation. The parent company of Plaintiff Metal Management, Inc., is SIMS Group, LTD, incorporated in Victoria, Australia.**

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? **Yes.**

    If yes, identify all such owners: **Plaintiff Metal Management Midwest, Inc. is the wholly owned subsidiary of Metal Management, Inc. Metal Management, Inc. is the wholly owned subsidiary of SIMS Group, Inc.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? **No.**

Date: March 21, 2008                                       s/ Mark LaRose

*Attorney for Plaintiffs:*
Mark A. LaRose
Justin E. Burtnett
David Berault
LaRose & Bosco, Ltd.
200 N. LaSalle Street, Suite 2810
Chicago, IL 60601
(312) 642-4414
Fax (312) 642-0434