### *United States District Court for the Northern District of Illinois*

Case Number:  08CV1676                    Assigned/Issued  By: J. N.

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***    ☐ $350.00      ☐ $39.00      ☐ $5.00

                      ☐ IFP         ☐ No Fee      ☐ Other _____

                      ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____

                                     (Victim, Against and $ Amount)

☐ Writ _____
           (Type of Writ)

1 Original and 1 copies on 3-28-08 as to  IOWA EXPRESS, INC.
                                (Date)

_____

_____