## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| METAL MANAGEMENT, INC., an Illinois Corporation, Plaintiff, vs. IOWA EXPRESS, INC., an Iowa Corporation, Defendant. | 08 CV 1676<br><br>Honorable James B. Moran<br><br>Magistrate Maria Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IOWA EXPRESS, INC.

| NAME (Type or print) |  |
|---|---|
| Cristina Mungai |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ |  |
| FIRM |  |
| Johnson & Bell, Ltd. |  |
| STREET ADDRESS |  |
| 33 W. Monroe St. – Suite 2700 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6237736 | (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF MAILING

The undersigned, first being duly sworn on oath, states that she has served the attached Appearance on the attorneys of record in this cause by depositing a copy of same in the U.S. Mail, properly addressed and with proper postage affixed thereto on May 8, 2008:

By: _/s/ Maureen Lieu_

SUBSCRIBED and SWORN to before me this 8th day of May, 2008.

_/s/ Louise Freitag_
NOTARY PUBLIC

"OFFICIAL SEAL"
LOUISE FREITAG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-19-11

## SERVICE LIST

Re:   Metal Management Midwest, Inc. vs. Iowa Express, Inc.
      U.S.D.C., Northern Dist. of Illinois:  Court No: 08 CV 1676
      Court No:   08 CV 1676

Mark A. LaRose
Justin E. Burtnett
LaRose & Bosco, Ltd.
200 North LaSalle Street
Suite 2810
Chicago, Illinois 60601
(312) 642-4414
E-Mail: mlarosechicago@aol.com
**LEAD ATTORNEYS FOR PLAINTIFF**