UNITED STATES DISTRICT COURT
NORTHERN DISTRICTOF ILLINOIS

| | | |
|---|---|---|
| METAL MANAGEMENT MIDWEST, INC., an Illinois Corporation, | ) ) ) | NO:    08 CV 1676 |
| Plaintiff, | ) ) | Honorable James B. Moran |
| Vs. | ) ) | Magistrate Maria Valdez |
| IOWA EXPRESS, INC., an Iowa Corporation, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, IOWA EXPRESS, INC., by and through its attorneys, JOHNSON & BELL, LTD., moves this Honorable Court for an enlargement of time of twenty-eight days in which to file its responsive pleading to Plaintiff's Complaint at Law. Cristina Mungai, one of the attorneys for Defendant has spoken with Plaintiff's counsel, Mark A. LaRose, with respect to this request for an extension and Plaintiff counsel has indicated that he has no objection as to such an extension being granted.

Respectfully submitted,

JOHNSON & BELL, LTD.

One of the Attorneys for Defendant,
Iowa Express, Inc.

Rick L. Hammond
Cristina Mungai
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
#1858133