UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| METAL MANAGEMENT MIDWEST, INC., an Illinois Corporation, | ) ) ) | NO:   08 CV 1676 |
| Plaintiff, | ) ) | Honorable James B. Moran |
| Vs. | ) ) | Magistrate Maria Valdez |
| IOWA EXPRESS, INC., an Iowa Corporation, | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Mark A. LaRose, Justin E. Burtnett, LaRose & Bosco, Ltd., 200 North LaSalle Street, Suite 2810 Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on **May 15, 2008** at **9:00 a.m.,** I shall appear before the Honorable James B. Moran or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843 at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present the attached Motion for Enlargement of Time.

_____
One of the Attorneys for Defendant,
Iowa Express, Inc.

Rick L. Hammond
Cristina Mungai
JOHNSON & BELL, LTD.
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603
(312) 372-0770

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, on oath states I served this notice by mailing a copy to the above-mentioned attorney(s) at her/his respective address and depositing the same in the U.S. Mail at 33 West Monroe St., Chicago, Illinois 60603 before/on May 8, 2008, with proper postage prepaid.

_____

Subscribed and Sworn to before me this 8th day of May, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
CHRISTINE A. WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-27-11