AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Alias  **SUMMONS IN A CIVIL CASE**

METAL MANAGEMENT MIDWEST, INC.,
an Illinois Corporation

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 1676 |
| ASSIGNED JUDGE: | Moran |
| DESIGNATED MAGISTRATE JUDGE: | Valdez |

V.

IOWA EXPRESS, INC., and Iowa Corporation

TO: (Name and address of Defendant)

Iowa Express, Inc.
In care of its registered agent, Richard D. Howe
2824 104th Street
Urbandale, IA 50322-3815

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark LaRose
Justin Burtnett
LaRose & Bosco, Ltd.
200 N. LaSalle St., Suite 2810
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE    3-28-08

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## In the Iowa District Court For SOUTHERN DISTRICT COURT OF IOWA

Case Name:    METAL MANAGEMENT MIDWEST INC

        vs

          IOWA EXPRESS INC

Case No.:    08CV1676    Sheriff's File No.:  08007927
Notice rec'd :  4/15/2008

## STATE OF IOWA POLK COUNTY } SS.

I certify that I served a copy of :  ALIAS SUMMONS, COMPLAINT

to    IOWA EXPRESS INC    Type of service:  REGISTERED AGENT

by delivering a copy to:  BECKY NICCUM

a person at least 18 years of age

Address of service:  % REG AGENT RICHARD D HOWE 2824 104TH STREET URBANDALE, IA 50322

Date and time of service:  4/18/2008 11:35AM
Trips:  This is the first attempt at service

Comments:

**FEES:**

PROCESSING FEE ($15.00), MILEAGE
FEE ($9.09) Total Charges $24.09

**DENNIS ANDERSON**    **Sheriff**

**Polk County, Iowa**

Fees charged to:

ELIZABETH  A. O'BRIEN    **Deputy/Server**

# DIRECTIONS FOR SERVICE

**ALERT:**

Action:  ALIAS SUMMONS, COMPLAINT
Type of Service Required:
Court No:  08CV1676                Sheriff's File #:  08007927

Plaintiff:  METAL MANAGEMENT MIDWEST INC

Defendant:  IOWA EXPRESS INC

Person/Company/Municipality to be served:  IOWA EXPRESS INC

Serve By:
Address of service:  % REG AGENT RICHARD D HOWE 2824 104TH STREET URBANDALE, IA 50322

Sex:                Race:                Hgt:            Wgt:            DOB:
SOC #:                                    Phone #:
Identifying characteristics:

Comments:

Hearing date:

Contact:                                          Law Firm:  LAROSE & BOSCO LTD
Address:  200 N  LASALLE STREET            Phone #:  (312)642-4414
STE 2810                                          Email:
CHICAGO, IL 60601
Fax #:

Deputy:  ELIZABETH  O'BRIEN 125            Date:  4/15/2008

Comments:

PAID

MAY 0 1 2008

POLK COUNTY SHERIFF

Report Date:  April 17, 2008
Report Time:  8:20 AM