## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Metal Management Midwest, Inc., an Illinois Corporation,    Plaintiff, vs. Iowa Express, Inc., an Iowa Corporation,    Defendant. | 08 CV 1676<br><br>Judge Moran<br><br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IOWA EXPRESS, INC.

| NAME (Type or print) |
|---|
| Rick L. Hammond |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| JOHNSON & BELL, LTD. |
| STREET ADDRESS |
| 33 WEST MONROE ST., SUITE 2700 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60633 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0197431 | (312) 372-0770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF MAILING

The undersigned, first being duly sworn on oath, states that he has served the attached Appearance on the attorneys of record in this cause by electronic mail and by depositing a copy of same in the U.S. Mail, properly addressed and with proper postage affixed thereto on or before the hour of 5:00 p.m. on June 11, 2008:

By [signature]

SUBSCRIBED and SWORN to before me this 11th day of June, 2008.

OFFICIAL SEAL
NANCY RICO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/22/10

[signature] Nancy Rico
NOTARY PUBLIC

## SERVICE LIST

Re:   Metal Management Midwest, Inc. vs. Iowa Express, Inc.
      U.S.D.C., Northern Dist. of Illinois:  Court No:  08 CV 1676
      Court No:    08 CV 1676

Mark A. LaRose
Justin E. Burtnett
LaRose & Bosco, Ltd.
200 North LaSalle Street
Suite 2810
Chicago, Illinois 60601
(312) 642-4414
E-Mail:  mlarosechicago@aol.com
**LEAD ATTORNEYS FOR PLAINTIFF**